IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TYQUASIA CHAMBERS,<br><br>Plaintiff,<br><br>vs<br><br>MCFARLAND, LP, PRIMAVERA PROPERTIES, LLC, and HECTOR QUINTANA,<br><br>Defendants. | JURY TRIAL DEMANDED<br><br>NO: 1:21-CV-01434<br><br>THE HONORABLE CHRISTOPHER C. CONNER |

## ORDER

**AND NOW** this 23rd day of August, 2022, the matter having come before the Court on the Parties Joint Motion To Dismiss, it is HEREBY ORDERED that this case is dismissed with prejudice and that this Court retains jurisdiction to enforce the settlement agreement between the parties attached to the motion as Exhibit A.

**IT IS SO ORDERED.**

BY THE COURT:

/s/ Christopher C. Conner    J.
Honorable Christopher C. Connor,
United States District Court Judge